```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

108 Degrees, LLC

    v.                              Civil No. 09-cv-298-JL

Merrimack Golf Club, Inc., et al.


ORDER

    Re: Document No. 36, Motion to Extend Time to February 1, 2010 To Answer Requests For Admissions

    Ruling: Granted in part.  The motion to extend is granted. The plaintiff, who does not appear altogether prepared to prosecute this lawsuit, shall file a fully responsive answer to the Request for Admissions, in a manner fully compliant with the FRCP (irrespective of whatever it thinks it answered in its answer to counterclaims) no later than February 10, 2010.  Requests not answered after that date will be deemed admitted in accordance with the applicable rules. If the plaintiff believes that its previously provided answers are fully compliant and satisfy this order, it should obtain adverse counsel's express confirmation of that belief.  Finally, all other requests for relief contained in the motion, opposition, and reply are denied as those requests are improper under Local Rule 7.1(a)(1).


                                                 /s/ Joseph N. Laplante
                                               Joseph N. Laplante
                                               U.S. District Judge

Date:  February 4, 2010

cc:  Paul DeCarolis, Esq.
     Denise Brogna, Esq.
     Mark B. Johnson, Esq.
     Robert Carey, Esq.