```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

108 Degrees, LLC

    v.                              Civil No. 09-cv-00298-JL

Merrimack Golf Club, Inc.,
et al.

## **O R D E R**

The motions to dismiss are denied,[1] except as to defendant Buckley.  A written order will follow.

The parties are ordered to engage in mediation, at which the individual parties, and representatives of the corporate parties (officers or directors with authority to settle), must be physically present.  The parties are free to agree on a private mediator, or to request that the court or the Magistrate Judge mediate the case, but shall notify the Deputy Clerk of their choice on or before April 2, 2010.

    **SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  March 23, 2010

---

[1] Documents no. 34 and 39.

```
cc:   Paul M. DeCarolis, Esq.
      Denise A. Brogna, Esq.
      Mark B. Johnson, Esq.
      Robert S. Carey, Esq.
```